UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KARIN WOLF,
                        Plaintiff,

-against-                            23 Civ. 10905 (LGS)

                                       ORDER
LINDA LONDON LTD., et al.,
                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 12, 2024, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

       **ORDERED** that, by **April 2, 2024**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

       **ORDERED** that any pending motions are **DENIED** as moot, and all conferences and deadlines are **CANCELLED**.

Dated: March 12, 2024
       New York, New York

                                                   LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE